UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-21208-CIV-MARTINEZ-BROWN**

JORGE BARIENTOS,

     Plaintiff,

vs.

PETROCARGA CORP., a Florida corporation,
and ALVARO E. SANCHEZ SILVA,
individually,

     Defendants.

_____/

## ORDER REQUIRING DEFENDANTS TO FILE EXPEDITED RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

     This CAUSE came before the Court upon Plaintiff's Motion for Relief from Judgment **(D.E. No. 11)**, filed on June 26, 2008.  The Plaintiff asks the Court to lift the stay which it imposed on this case after the individual Defendant Alvaro Sanchez filed a suggestion of bankruptcy.  The Plaintiff asserts that the corporate Defendant, PetroCarga Corp., has not filed for bankruptcy protection and thus, the Plaintiff should be allowed to pursue his claims against this Defendant.  In order for the Court to more fully consider this Motion it is:

     **ORDERED and ADJUDGED** that

     The Defendants shall file a response to the Plaintiff's Motion for Relief from Judgment (D.E. No. 11) by July 14, 2008.

     DONE AND ORDERED in Chambers at Miami, Florida, July 8, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record